`IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

In re:

TOWNSEND, BILLY RAY                              Case No. 05-32001

TOWNSEND, DRUSILLA FAYE

                              Debtor(s)

### MOTION TO TRANSFER BALANCE TO REGISTRY FUND

    Comes now Norman E. Rouse, Trustee and states that there is on deposit in Chase Manhattan Bank to the credit of the above captioned estate, the sum of $1,402.81.

    The sum of $1,402.81 is from funds that were returned to the trustee by Arvest Bank Of Joplin  the check was never cashed.

    Wherefore Norman E. Rouse, Trustee prays that this Court enter an order allowing-said trustee to pay to the Clerk of the United State Bankruptcy Court as provided by §347 of the Bankruptcy Code, the sum of $ 1,402.81 constituted by the following

| | |
|---|---|
| Arvest Bank of Joplin | $ 1,402.81 |
| | |
| Total | $ 1,402.81 |

                                                /s/ Norman E. Rouse
                                                Norman E. Rouse, Trustee